UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| B.P.D.B., <br><br> *Petitioner,* <br> v. <br><br> RICE, *et al,* <br><br> *Respondents.* | Civil Action No.: 1:22-cv-02102 |

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION
TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Upon review of Petitioner's Motion to File Certain Documents Under Seal, the Petition for Habeas Corpus, all supporting exhibits, together with any opposing papers, Petitioner's Motion to File Certain Documents Under Seal is **GRANTED**.

The Court finds that the Petitioner has shown good cause to file certain documents under seal, which outweighs any prejudice to the Respondents and the public's interest in knowing the sealed and redacted information.

Accordingly, **IT IS ORDERED** that Petitioner shall, in compliance with the Federal Rules of Civil Procedure and the Local Rules, file with the Clerk, under seal, unredacted versions of the following documents, and shall also serve unredacted versions on Respondents. The Clerk shall maintain those documents under seal.

This Order applies to the following documents:

1. Verified Petition for a Writ of Habeas Corpus;
2. Attachment A to Petitioner's Motion to Proceed Under Pseudonym;
3. Declaration of Immigration Counsel, Homero Lopez, Jr. (and any attachments).
4. Declaration of Petitioner in Support of Motion to Show Cause

**IT IS FURTHER ORDERED** that Petitioner shall, in compliance with the Federal Rules of Civil Procedure and the Local Rules, file with the Clerk redacted versions of the sealed documents for publication to the public record.

**SO ORDERED** this  26th  day of   July      2022, at Alexandria, Louisiana.

_____
HON.
UNITED STATES MAGISTRATE JUDGE